IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DFW DANCE FLOORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:22-CV-01775-N |
| | § | |
| BENJAMIN SUCHIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case on two civil contempt motions[1] referred to her. *See* Doc. 397.  Pursuant to 28 U.S.C. § 636(e)(6), the magistrate judge has certified facts that, in her opinion, show that there is sufficient evidence to establish a prima facie case that certain conduct by nonparty Kevin Chairez constitutes a violation of this Court's orders for which Chairez should be cited to appear before United States District Judge David C. Godbey and show cause why he should not be held in civil contempt under Federal Rule of Civil Procedure 45(g).  Doc. 397 at 6.  Chairez has not filed objections to the magistrate judge's Findings, Conclusions, and Recommendation.

---

[1] *See* Plaintiff's Motion for Rule 45(g) Civil Contempt Sanctions Against Kevin Chairez for Failing to Obey the Subpoena to Testify at a Deposition (Doc. 345), and Plaintiff's Motion for Civil Contempt Sanctions Against Kevin Chairez for Failure to Comply with Court Order [Dkt. 333] (Doc. 394).

ORDER – PAGE 1

Although no objections have been filed, the Court has conducted a de novo review and, finding no error, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the undersigned hereby sets a show cause hearing for July 8, 2025, at 10:30 a.m. in Judge Godbey's Courtroom (1505), at which Chairez is directed to appear and show cause why he should not be held in civil contempt under Federal Rule of Civil Procedure 45(g).

The Court hereby **DIRECTS** the clerk of the court to provide a certified copy of this Order to the United States Marshals Service. The Court further directs the United States Marshals Service to personally serve Chairez with a copy of this Order at his last known address, 8155 Shafter Drive, Dallas, Texas 75277, or wherever it may locate him.

Signed June 18, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – PAGE 2